Opinion issued December 6, 2007








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00658-CV

____________


ANGIE ABBOTT, Appellant


V.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 315th District Court

Harris County, Texas

Trial Court Cause No. 2006-04169J






MEMORANDUM OPINION

 It has come to the attention of this Court that the trial court, while it possessed
plenary jurisdiction, has granted appellant, Angie Abbott, a new trial. We notified
appellant of this fact and advised her that the appeal would be subject to dismissal as
moot unless within a time certain she filed a motion to retain the appeal. That time
certain has passed and appellant has not filed such a motion.

 The appeal is dismissed as moot. All pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.